# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States of America<br>v.<br>Lamont D. Harris<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17-M-1344<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 24 and April 27, 2017__ in the county of __Kenosha and Racine__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a);<br>18 U.S.C. § 924(c)(1)(A)(ii);<br>18 U.S.C. § 2 | Hobbs Act Robbery;<br>Use of a Firearm During Crime of Violence |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Erin Lucker, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/25/17

_____
*Judge's signature*

City and state: Milwaukee, Wisconsin

William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Erin Lucker, being first duly sworn, hereby depose and state as follows:

### I. Background

1. I have been a Special Agent of the Federal Bureau of Investigation (FBI) since November 2016. I am currently assigned to the Milwaukee Office of the FBI. During my career in law enforcement, I have participated in violent crime investigations. I am currently assigned to the FBI Milwaukee Violent Crimes Task Force, which involves investigations of violent crimes, including kidnappings, extortions, murder for hire, and bank and armored car robberies.

2. This affidavit is based upon my personal knowledge and upon information reported to me by other federal and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

3. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

4. Because this affidavit is submitted for the limited purpose of securing a complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.

5. I am submitting this affidavit in support of a Federal Criminal Complaint and arrest warrant for Lamont D. Harris (DOB XX/XX/1981) in the State and Eastern District of Wisconsin. As will be shown below, there is probable cause to believe that on April 24, 2017 and April 27, 2017, Lamont D. Harris committed the crimes of Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a), and Brandishing a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## II.    Probable Cause

1.    The United States is investigating Lamont Harris and John Evans concerning possible violations of, inter alia, 18 U.S.C. § 1951(a) (Hobbs Act Robbery) and 18 U.S.C. § 924(c)(1)(A)(ii) (Use of a Firearm During Crime of Violence).

2.    On April 24, 2017, at approximately 7:52 p.m., two unidentified black males robbed the Metro PCS located at 5606 75th St., Kenosha, WI. The robbers entered the store, and asked the store employee, K.N., about phone chargers. While K.N. was showing the taller suspect (Suspect 1) the charger, Suspect 1 pulled a black handgun from his right side. Suspect 1 held the gun to K.N.'s head and told K.N. to give him all of the money from the register. While Suspect 1 took money from the register, the shorter suspect (Suspect 2) duct taped K.N.'s hands behind his back and put duct tape over his mouth. Suspect 2 then put phones from the store in a white bag. Suspect 2 took K.N.'s personal phone, but then gave it back to K.N. The robbers stole $100, 47 phones, and 19 SIM cards. After the robbers left, K.N. broke free from the duct tape and called police. No video surveillance was recovered because the store had only been open for two days and security cameras had not been installed.

3.    On April 27, 2017, at approximately 6:55 p.m., two unidentified black males robbed the Spring Mobile AT&T cell phone store located at 7115 Durand Ave #1, Mount Pleasant, WI. The two robbers entered the cell phone store and asked the store employee, K.N., to look at headphones. As K.N. was bending over to grab some headphones, the taller suspect (Suspect 1) stated, "This is a stick up, get into the back." K.N. turned around and saw Suspect 1 pointing a black handgun at his chest. Suspect 1 stated, "Work with me, don't be a hero. I don't want to see any blood." The suspects asked K.N. where the safe was located. The shorter suspect (Suspect 2) then told K.N. to put his hands behind his back. Suspect 2 duct taped K.N.'s

hands behind his back and his two legs around the ankles. K.N. could hear the suspects taking cell phones out of the safe. In addition to stealing 53 cell phones in the safe, the suspects also stole K.N.'s cell phone and wallet.

4. After the suspects fled, K.N. broke free of the duct tape and called the police. During a search of the surrounding areas, police found a split open black garbage bag and 24 new cell phones in the Batteries Plus parking lot. The police also located K.N.'s cell phone near the black garbage bag and cell phones.

5. Several fingerprints were recovered from the 24 cell phones, duct tape, and garbage bag. The Wisconsin Crime Lab located fingerprints belonging to Lamont Deon HARRIS on the duct tape and on one of the recovered iPhones.

6. Still photographs obtained from the surveillance at the Spring Mobile AT&T during the time of the robbery depict the two individuals who robbed K.N. One robber was wearing a hat, but neither robber wore masks covering their faces. Law enforcement showed the still photographs from the Spring Mobile AT&T robbery to the store employee of Metro PCS, who was robbed at gunpoint on April 24, 2017. The Metro PCS store employee recognized the two men as the individuals who robbed him on April 24, 2017.

7. Based on the similarity of the above-described robberies and the Metro PCS victim's identification of the robbers as detailed in Paragraph 6, on May 15, 2017, United States Magistrate Judge William E. Duffin ordered certain wireless service providers to disclose records and information associated with cellular telephone towers that provided cell service to each of the robbery locations at and around the time of the above-described robberies.

8. Based on the records and information obtained from the service providers that provided cell service to each of the robbery locations, law enforcement officials have determined

that the phone numbers 224-237-4678 and 262-237-3724 were in contact with one another during and around the time of both robberies. In other words, the individuals using these numbers make phone contact with one another during and around the time of the robbery of PCS Metro in Kenosha, Wisconsin and during and around the time of the robbery of Spring Mobile AT&T in Mount Pleasant, Wisconsin.

9. Specifically, on April 27, 2017 at 6:53:41 p.m., Harris, using phone number 224-237-4678, places a call to John Evans at 262-237-3724. In addition, 224-237-4678 makes approximately nine calls to 262-237-3724 over the following five minutes (6:53:41 p.m. to 6:58:11 p.m.).

10. On April 24, 2017, 224-237-4678 makes an outgoing call to 262-237-3724 at 7:51:03 p.m. As previously stated, the robbery of Metro PCS occurred around 7:52 p.m. on April 24, 2017.

11. Law enforcement believes Lamont Harris was operating 224-237-4678 because on April 27, 2017 surveillance video showed Harris using a cell phone at 6:53:38 p.m. central time, which matches an outgoing call on a cell tower near Spring Mobile AT&T at 6:53:41 p.m. Furthermore, Lamont Harris was arrested by the Greenfield Police Department on August 6, 2017, and he provided to law enforcement the number 224-237-4678 as his own at this time.

12. Law enforcement further believes that John Evans was operating 262-237-3724 because that number lists to him in the Racine County law enforcement records, social media (Facebook), and Lexis Nexis Records.

## III. Conclusion

6. Based on the above information, I submit that there is probable cause to believe that Lamont D. Harris has engaged in violations of Title 18, United States Code, Sections 1951(a), 924(c)(1)(A)(ii), and 2.